June 19, 2009

Mr. Reagan W. Simpson
King & Spalding LLP
401 Congress Avenue
Suite 3200
Austin, TX 78701
Mr. Alex M. Miller
Watts Law Firm, L.L.P.
300 Convent Street, Suite 100
San Antonio, TX 78205

RE: Case Number: 06-0890
 Court of Appeals Number: 13-02-00171-CV
 Trial Court Number: 00-81

Style: NABORS DRILLING, U.S.A., INC.
 v.
 FRANCISCA ESCOTO, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy Wilborn |
| |Mr. Gilbert Lozano |
| |Mr. Stacy R. Obenhaus |
| |Ms. Kathleen Cassidy |
| |Goodman |